**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JANIS JONES,

       Plaintiff,        18 **CIVIL** 11233 (LTS) (KNF)

    -against-           **JUDGMENT**

NANCY BERRYHILL, ACTING
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,
       Defendant.
-------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated March 30, 2020, The Court has reviewed Magistrate Judge Fox's thorough and well-reasoned Report and Recommendation an finds no clear error; The Court therefore adopts the Report in its entirety for the reasons stated therein; Accordingly, Plaintiff's motion for judgment on the pleadings is denied, and Defendant's motion for judgment in the pleadings is granted.

**Dated:** New York, New York
     March 31, 2020

                     **RUBY J. KRAJICK**
                   _____
                    **Clerk of Court**
         **BY:**
                _____
                   **Deputy Clerk**